UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL JACOBS,
    Petitioner,

v.

ROBERT W. FOX,
    Respondent.

Case No. 15-cv-05046-YGR (PR)

**JUDGMENT**

Pursuant to the Court's Order Granting Respondent's Renewed Motion to Dismiss Petition as Untimely; and Denying Certificate of Appealability signed today, this action is DISMISSED WITH PREJUDICE. 28 U.S.C. § 2244.

IT IS SO ORDERED.

Dated: January 5, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge